UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

NAPTHALI ROBB, DARREL DAVID, AND LOVELL LEWIS,

                              Plaintiffs,

        -against-

CITY OF NEW YORK, POLICE OFFICER SERGEANT JOSEPH MARCIANTE, POLICE OFFICER JASON VONFRICKEN, POLICE OFFICER CHRISTIAN QUEZADA, POLICE OFFICER JOHN HENDERSON, POLICE OFFICER RAYMOND PERSAUD, POLICE OFFICER ANDREW TORRES, POLICE OFFICER JESSE MCREDMOND, POLICE OFFICER KRISTOPHER ANSELMO, POLICE OFFICER JASON FORGIONE, POLICE OFFICER ANTON BARTOLDUS,

                              Defendants.
-------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

12CV 6065 (MKB) (JO)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

          1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Nass & Roper Law, LLP
*Attorneys for Plaintiffs*
14 Penn Plaza, Suite 2004
New York, New York 10122
718-775-3246

By: _____
Justin M. Roper
*Attorney for Plaintiffs*

Dated: New York, New York
_____, 2014

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City, Marciante, Vonfricken, Quezada, Henderson, Persaud, Torres, McRedmond, Anselmo, Forgione, and Bartoldus*
100 Church Street, Rm. 3-158C
New York, New York 10007

By: _____ 3/7/14
Jennifer L. Koduru
*Special Assistant Corporation Counsel*

SO ORDERED:

_____
HON. MARGO K. BRODIE
UNITED STATES DISTRICT JUDGE

2